FILED

06 OCT 11 AM 10:00

CLERK, U.S. DISTRICT C...
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVXNETWORKS, INC. a Delaware corporation, | Case No. 04 CV 2537 WQH (WMc) |
| Petitioner, | **SECOND AMENDED NOTICE AND ORDER FOR EARLY NEUTRAL EVALUATION CONFERENCE** |
| v. | |
| GERICOM AG, an Austrian corporation | |
| Respondent. | |

The Court received Defense counsel's request to reschedule the telephonic Early Neutral Evaluation Conference in this matter to accommodate foreign parties. Good cause appearing, the Court sets a new time for the *telephonic* Early Neutral Evaluation Conference of **8:45 a.m.** on *October 16, 2006*. **Plaintiff's counsel, Robert K. Wrede, is ordered to contact defense counsel and jointly call the Court at (619) 557-6624.**

Parties are not required to participate in the *telephonic* Early Neutral Evaluation Conference. The remainder of the Court's

1  September 21, 2006 Order remains in full force and effect.

3  Dated: October 10, 2006

*WILLIAM McCURINE, JR.*
United States Magistrate Judge

5  COPY TO:

6  HONORABLE WILLIAM Q. HAYES
U.S. DISTRICT JUDGE

ALL PARTIES & COUNSEL OF RECORD