# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVXNETWORKS, INC., <br><br> Petitioner, <br> vs. <br> GERICOM AG, <br><br> Respondent. | CASE NO. 04cv2537 WQH (WMc) <br><br> **ORDER** |

For the reasons stated in this Court's August 7, 2007 Order, the parties are ordered to arbitrate their dispute pursuant to the arbitration agreement in the License Agreement. (Doc. # 42.)

Pursuant to 9 U.S.C. § 5 and the stipulation of the parties (Doc. # 44), the Court appoints the Honorable Dickran Tevrizian to serve as the arbitrator in this matter.

This action is **DISMISSED**. The Clerk of the Court shall issue Judgment.

DATED: August 31, 2007

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge

04cv2537